Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Eastern__  District of __Washington__
                                 (State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | FWAK, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | DBA Chrimar Apartments |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 5 1 – 0 5 2 7 0 9 0 |

4. **Debtor's address**

   **Principal place of business**
   7850 E. Green Lake Dr. N.
   Number      Street

   Seattle              WA      98103
   City                 State   ZIP Code

   King
   County

   **Mailing address, if different from principal place of business**
   _____
   Number      Street

   P.O. Box

   _____
   City                 State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   19618-19628 68th Ave West
   Number      Street

   Lynwood              WA      98036
   City                 State   ZIP Code

5. **Debtor's website** (URL) _____

| Debtor | FWAK, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   5 3 1 0

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☐ No
   - ☒ Yes. District: West. Dist. of WA  When: 12/07/2023  Case number: 23-12376-MLB
       District: _____ When: _____ Case number: _____

| Debtor | FWAK, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____
District _____ When ___/___/___
MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street
_____
_____     _____ _____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **3**

25-01396-WLH11    Doc 1    Filed 08/07/25    Entered 08/07/25 16:45:06    Pg 3 of 4

| Debtor | FWAK, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

15. **Estimated assets**
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☐ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☒ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☐ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☒ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   I have been authorized to file this petition on behalf of the debtor.

   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  08/07/2025
   MM / DD / YYYY

   ✗ /s/ Anne Marie Kreidler              Anne Marie Kreidler
   Signature of authorized representative of debtor    Printed name

   Title  Managing Member

18. **Signature of attorney**

   ✗ /s/ Phillip J. Haberthur              Date  08/07/2025
   Signature of attorney for debtor              MM / DD / YYYY

   Phillip J. Haberthur
   Printed name

   Landerholm, P.S.
   Firm name

   805 Broadway Street, Suite 1000
   Number    Street

   Vancouver              WA    98660
   City              State    ZIP Code

   (360) 696-3312              philh@landerholm.com
   Contact phone              Email address

   38038              WA
   Bar number              State