Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _08/21/2025_          /s/ Anne Marie Kreidler
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                      Anne Marie Kreidler
                                      Printed name

                                      Managing member
                                      Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Scott Henrie, PLLC 4145 Chuckanut Dr Bow, WA, 98232 | | Services | | | | 20,250.80 |
| 2 | Jonny Joel 421 N. Laventure Road #B Mount Vernon, WA, 98273 | Unknown | Services | | | | 10,175.00 |
| 3 | Bob Swan 14508 Lake Rd. Lynnwood, WA, 98087 | Bob Swan | Services | | | | 3,978.23 |
| 4 | Alderwood Water and Wastewater District 3626 156th St SW Lynnwood, WA, 98087 | | | | | | 0.00 |
| 5 | Waste Management of Washington, Inc.. c/o CT Corporation System 711 Capital Way S. Ste. 204 Olympia, WA, 98501-1267 | | | | | | 0.00 |
| 6 | Xfinity Attn: Legal Department/Arbitration 1701 John F. Kennedy Blvd Philadelphia, PA, 19103 | | | | | | 0.00 |
| 7 | Snohomish County PUD PO Box 1107 Everett, WA, 98206-1107 | | | | | | 0.00 |
| 8 | Republic Services c/o Andrew Staley 18500 N. Allied Way Phoenix, AZ, 85054 | | | | | | 0.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Puget Sound Energy BOT-01H PO Box 91269 Bellevue, WA, 98009-9269 | | | | | | 0.00 |
| 10 Astound Broadband 3700 Monte Villa Pkwy Bothell, WA, 98021-9126 | | | | | | 0.00 |
| 11 AT&T Bankruptcy Center 2270 Lakside Blvd, 7th Floor Richardson, TX, 75082 | | | | | | 0.00 |
| 12 T-Mobile Bankruptcy Team PO Box 53410 Bellevue, WA, 98015-3410 | | | | | | 0.00 |
| 13 Centurylink PO Box 91155 Seattle, WA, 98111-9255 | | | | | | 0.00 |
| 14 City of Lynnwood 19100 44th Ave W Lynnwood, WA, 98036 | | | | | | 0.00 |
| 15 Verizon Wireless One Verizon Way Basking Ridge, NJ, 07920 | | | | | | 0.00 |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name  FWAK, LLC

United States Bankruptcy Court for the:  Eastern District of Washington

(State)

Case number (If known):  25-01396-WLH11

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...............................................................  $ 7,513,633.79

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................  $ 133,028.34

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................  $ 7,646,662.13

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............  $ 24,738,445.99

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...........................  +$ 34,404.03

4. **Total liabilities**...............................................................................  $ 24,772,850.02
   Lines 2 + 3a + 3b

Debtor name: FWAK, LLC

United States Bankruptcy Court for the: Eastern District of Washington

Case number (If known): 25-01396-WLH11

◯ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ◯ No. Go to Part 2.
   ◯ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Landerholm IOLTA Account | Savings | 1  9  7  2 | $ 118,609.50 |
| 3.2. See continuation sheet | | | $ 785.05 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. *See Supplement One | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1** — $ 119,394.55

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ◯ No. Go to Part 3.
   ◯ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. *See Supplemental One | $ Unknown |
| 7.2. Security/Utility Deposits | $ 3,503.79 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 3,503.79 _____

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                       **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........ ➔    $_____
                               face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........ ➔    $_____
                               face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$_____

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:      % of ownership: | | |
| 15.1. _____ _____% | _____ | $_____ |
| 15.2. _____ _____% | _____ | $_____ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

25-01396-WLH11    Doc 22    Filed 08/21/25    Entered 08/21/25 17:30:46    Pg 6 of 48

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

25-01396-WLH11    Doc 22    Filed 08/21/25    Entered 08/21/25 17:30:46    Pg 7 of 48

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** See continuation sheet | $ 0.00 | _____ | $ 160.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 0.00 | _____ | $ 9,970.00 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | . $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 10,130.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

25-01396-WLH11    Doc 22    Filed 08/21/25    Entered 08/21/25 17:30:46    Pg 8 of 48

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

　　☑ No. Go to Part 9.

　　☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

　　☐ No

　　☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

　　☐ No

　　☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

⚪ No. Go to Part 10.

⚪ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 Personal property | | $_____ | _____ | $ 113,633.79 |
| 55.2 Chrimar Apartment Building<br>19610-19628 68th Ave W<br>Lynwood, WA 98036 | | $_____ | _____ | $ 7,400,000.00 |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 7,513,633.79

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

⚪ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

⚪ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

⚪ No. Go to Part 11.

⚪ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

25-01396-WLH11    Doc 22    Filed 08/21/25    Entered 08/21/25 17:30:46    Pg 10 of 48

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

○ No

○ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

○ No

○ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

○ No

○ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

○ No. Go to Part 12.

◉ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____  0.00 — 0.00 = ↻  $ 0.00
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____

_____  Tax year _____  $_____

_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Trez Capital (2016) Corporation  $ Unknown

Nature of claim     Lien avoidance

Amount requested     $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim     _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____

_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

◉ No

○ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 119,394.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,503.79 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 10,130.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........... è | | $ 7,513,633.79 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 133,028.34 | + 91b. $ 7,513,633.79 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..............................   7,646,662.13   $ 7,646,662.13

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Bank of America | Checking | 4039 |
| Balance: Unknown | | |
| Bank of America | Checking | 9910 |
| Balance: 785.05 | | |

**40) Office fixtures**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Hose | | 100.00 | |
| Light bulbs | | 60.00 | |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Fire Extinguishers | | 320.00 | |
| 3 Washers & 3 Dryers | | | 9,000.00 |
| Locks | | 450.00 | |
| Dehumidifier | | 200.00 | |

**Fill in this information to identify the case:**

Debtor name __FWAK, LLC__

United States Bankruptcy Court for the: __Eastern District of Washington__

Case number (if known): __25-01396-WLH11__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
Trez Capital (2016) Corporation

Describe debtor's property that is subject to a lien
Wells Fargo Bank, N.A., as trustee

$ 24,000,000.00    $ 7,400,000.00

Creditor's mailing address
c/o Foster Garvey P.C.
1111 Third Ave., Suite 3000, Seattle, WA 9

Creditor's email address, if known

Describe the lien
Agreement you made, Deed of Trust

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred __2020__

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

1. Wells Fargo Bank, N.A., as trustee;
2. Trez Capital (2016) Corp.

**2.2** Creditor's name
Wells Fargo Bank, N.A., as Trustee of IMPAC CMB Trust Series 2005-2

Describe debtor's property that is subject to a lien
Trez Capital (2016) Corporation

$ 738,445.99    $ 7,400,000.00

Creditor's mailing address
c/o Select Portfolio Servicing, Inc. Attn: Ban
PO Box 65250, Salt Lake City, UT 84165

Creditor's email address, if known

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred __11/19/2004__
Last 4 digits of account number __0296__

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

The relative priority of creditors is specified on lines 2.1
   ☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $ 24,738,445.99

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Dan Zellner<br>Foster Garvey PC<br>1111 Third Avenue, Ste 3000<br>Seattle, WA, 98101 | Line 2. 1 | _____ |
| Puget Sound Trustee Services, Inc.<br>c/o Deborah Crabb<br>1111 Third Avenue, Ste 3000<br>Seattle, WA, 98101 | Line 2. 1 | _____ |
| Puget Sound Trustee Services, Inc.<br>Tara J. Schleicher<br>1111 Third Avenue, Ste 3000<br>Seattle, WA, 98101 | Line 2. 1 | _____ |
| SPS<br>PO Box 65250<br>Salt Lake City, UT, 84165 | Line 2. 2 | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

25-01396-WLH11     Doc 22     Filed 08/21/25     Entered 08/21/25 17:30:46     Pg 15 of 48

Debtor    FWAK, LLC

United States Bankruptcy Court for the:   Eastern District of Washington

Case number   25-01396-WLH11
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

$_____   $_____

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
    ☐ No
    ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

$_____   $_____

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
    ☐ No
    ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

$_____   $_____

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
    ☐ No
    ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | FWAK, LLC | | Case number (if known) | 25-01396-WLH11 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1 Nonpriority creditor's name and mailing address**
Alderwood Water and Wastewater District
3626 156th St SW
Lynnwood, WA 98087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2 Nonpriority creditor's name and mailing address**
Astound Broadband
3700 Monte Villa Pkwy
Bothell, WA 98021-9126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3 Nonpriority creditor's name and mailing address**
AT&T
Bankruptcy Center
2270 Lakside Blvd, 7th Floor
Richardson, TX 75082

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4 Nonpriority creditor's name and mailing address**
Bob Swan
14508 Lake Rd.
Lynnwood, WA 98087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 3,978.23**

Date or dates debt was incurred    12/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5 Nonpriority creditor's name and mailing address**
Centurylink
PO Box 91155
Seattle, WA 98111-9255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6 Nonpriority creditor's name and mailing address**
City of Lynnwood
19100 44th Ave W
Lynnwood, WA 98036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | FWAK, LLC | Case number (if known) | 25-01396-WLH11 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Jonny Joel
421 N. Laventure Road
#B
Mount Vernon, WA 98273

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$10,175.00

Date or dates debt was incurred   08/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Puget Sound Energy
BOT-01H
PO Box 91269
Bellevue, WA 98009-9269

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Republic Services
c/o Andrew Staley
18500 N. Allied Way
Phoenix, AZ 85054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Scott Henrie, PLLC
4145 Chuckanut Dr
Bow, WA 98232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$20,250.80

Date or dates debt was incurred   2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Snohomish County PUD
PO Box 1107
Everett, WA 98206-1107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12**  Nonpriority creditor's name and mailing address

T-Mobile
Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.13**  Nonpriority creditor's name and mailing address

Verizon Wireless
One Verizon Way
Basking Ridge, NJ 07920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.14**  Nonpriority creditor's name and mailing address

Waste Management of Washington, Inc..
c/o CT Corporation System
711 Capital Way S. Ste. 204
Olympia, WA 98501-1267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.15**  Nonpriority creditor's name and mailing address

Xfinity
Attn: Legal Department/Arbitration
1701 John F. Kennedy Blvd
Philadelphia, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.___**  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

25-01396-WLH11    Doc 22    Filed 08/21/25    Entered 08/21/25 17:30:46    Pg 19 of 48

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.   **+** | $ 34,404.03 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 34,404.03 |

Debtor name    FWAK, LLC

United States Bankruptcy Court for the:    Eastern District of Washington

Case number (If known):    25-01396-WLH11        Chapter    11

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ○ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Debtor is Lessor. Leases are for various terms or month-to-month. Debtor does not have current rent roll due to receivership. | Debtor has approximately 26 leases |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | | |

Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Anne Marie Kreidler | 19005 Firlands Way N. Shoreline, WA 98133 | Trez Capital (2016) Corporation | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Frederick Kreidler | 19005 Firlands Way N. Shoreline, WA 98133 | Trez Capital (2016) Corporation | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

⃝ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

⃝ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ⃝ Operating a business<br>⃝ Other | $ 241,500.00 |
| For prior year: | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ⃝ Operating a business<br>⃝ Other | $ 544,200.00 |
| For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ⃝ Operating a business<br>⃝ Other | $ 544,200.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From<br>MM / DD / YYYY | to | Filing date | | $ |
| For prior year: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| For the year before that: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Wells Fargo, N.A., as Trustee<br>Creditor's name | | $ 48,879.77 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | ___<br>___<br>___ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | ___<br>___<br>___ | $ _____ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the deb was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Trez Capital 2016 Corp v. FWAK | Receivership and foreclosure. Receiver appointed: Pacific Realty Advisors LLC. | Snohomish County Superior Court | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| | **Case number** <br> 24-2-03268-31 | | | |
| 7.2. | **Case title** <br> Trez Capital 2016 Corp vs FWAK | | **Court or agency's name and address** <br> Washington Court of Appeals | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 883780 | Appeal | | |

25-01396-WLH11    Doc 22    Filed 08/21/25    Entered 08/21/25 17:30:46    Pg 25 of 48

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Pacific Crest Realty Advisors, Ltd.<br>Custodian's name<br>809 E 1st St<br>Newberg, OR 97132 | Chrimar Apartments | $ 7,400,000.00 |
| | **Case title** | **Court name and address** |
| | Trez Capital (2016) Corp. v. FWAK, LLC | Snohomish County Superior Court<br>Name<br>3000 Rockefeller Ave<br>Everett, WA 98201 |
| | **Case number** | |
| | 24-2-03268-1 | |
| | **Date of order or assignment** | |
| | 07/2024 | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| | | | $_____ |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $_____ |
| | | | $_____ |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Landerholm, P.S. | Payments to Bankruptcy Professionals | 08/07/2025 | $ 23,249.31 |
| | **Address** | | | |
| | 805 Broadway Street<br>Suite 1000<br>Vancouver, WA 98660 | | | |
| | **Email or website address** | | | |
| | www.landerholm.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Anne Marie Kreidler | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

        ☐ No

        ☐ Yes

25-01396-WLH11    Doc 22    Filed 08/21/25    Entered 08/21/25 17:30:46    Pg 29 of 48

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America <br> Name | XXXX–4039 | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 08/01/2024 | $ Unknown |
| 18.2. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name | | | ☐ No <br> ☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name | | | ☐ No <br> ☐ Yes |
| Address | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____<br>Name | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

◻ Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

◻ Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

◻ Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
◻ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ◻ Pending |
| **Case number** | | | ◻ On appeal |
| _____ | _____<br>Name | | ◻ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

◻ No
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name<br>6808 196th St SW<br>Lynwood, WA 98036 | State of WA Dept. of Ecology<br>_____<br>Name<br>PO Box 4760<br>Olympia, WA 98504-7600 | Contamination on neighboring property | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name _____ | | EIN: _____<br><br>Dates business existed<br><br>From _____    To _____ |
| 25.2. | Name _____ | | EIN: _____<br><br>Dates business existed<br><br>From _____    To _____ |
| 25.3. | Name _____ | | EIN: _____<br><br>Dates business existed<br><br>From _____    To _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Terry L. Johnson <br> Name <br> 439 Whisper Place, Chelan, WA 98816 | From 05/01/2025 <br> To _____ |

| Name and address | Dates of service |
|---|---|
| **26a.2.** _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** _____ <br> Name | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.** _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Pacific Crest Realty Advisors, Ltd. <br> Name <br> c/o Daniel Hogan, 524 Second Ave, Ste 500, Seattle, WA 98101 | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
◯ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ <br> Name |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frederick Kreidler | 19005 Firlands Way N., Shoreline, WA 98133 | | 50 |
| Anne Marie Kreidler | 19005 Firlands Way N., Shoreline, WA 98133 | Managing Member | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

◯ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

◯ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/21/2025
               MM  / DD  / YYYY

/s/ Anne Marie Kreidler                              Printed name   Anne Marie Kreidler
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

◯ Yes

**United States Bankruptcy Court**

IN RE:                                                    Case No. 25-01396-WLH11

FWAK, LLC

                                                          Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Frederick Kreidler 19005 Firlands Way N., Shoreline, WA 98133 | 50 | |
| Anne Marie Kreidler 19005 Firlands Way N., Shoreline, WA 98133 | 50 | Managing member |

United States Bankruptcy Court

Eastern District of Washington

In re:  FWAK, LLC

Case No.  25-01396-WLH11

Chapter    11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____08/21/2025_____

/s/ Anne Marie Kreidler

_____

Signature of Individual signing on behalf of debtor

Managing member

_____

Position or relationship to debtor

Alderwood Water and Wastewater District
3626 156th St SW
Lynnwood, WA 98087


Amy E. Hatch
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112


Anne Marie Kreidler
19005 Firelands Way N
Shoreline, WA 98133


Astound Broadband
3700 Monte Villa Pkwy
Bothell, WA 98021-9126


AT&T
Bankruptcy Center
2270 Lakside Blvd, 7th Floor
Richardson, TX 75082


Bob Swan
14508 Lake Rd.
Lynnwood, WA 98087


Centurylink
PO Box 91155
Seattle, WA 98111-9255


Chri-Mar Apartments
7850 E Greenlake Dr N
Seattle, WA 98133

```
City of Lynnwood
19100 44th Ave W
Lynnwood, WA 98036


Daniel A. Zellner
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3296


Frederick Kreidler
19005 Firlands Way N.
Shoreline, WA 98133


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Field Insolvency Unit
915 2nd Ave, MS-W243
Seattle, WA 98174


Internal Revenue Service
c/o U.S. Attorney General
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271


Jonny Joel
421 N. Laventure Road
Mount Vernon, WA 98273


Old Republic Title, Ltd, as Trustee
1111 3rd Avenue
Ste 820
Seattle, WA 98101
```

Old Republic Title, Ltd, as Trustee
3000 Bayport Drive
Suite 1000
Tampa, FL 33607


Pacific Realty Advisors LLC
c/o Daniel T. Hagen; Cairncross & Hempel
524 Second Ave, Ste 500
Seattle, WA 98104-2323


Puget Sound Energy
BOT-01H
PO Box 91269
Bellevue, WA 98009-9269


Puget Sound Energy
BOT-01H
Po Box 91269
Bellevue, WA 98009-9269


Puget Sound Trustee Services
c/o Deborah Crabbe, Foster Garvey
1111 Third Avenue, Suite 3000
Seattle, WA 98101


Puget Sound Trustee Services, Inc.
c/o Deborah Crabb
1111 Third Avenue, Ste 3000
Seattle, WA 98101


Puget Sound Trustee Services, Inc.
Tara J. Schleicher
1111 Third Avenue, Ste 3000
Seattle, WA 98101

Republic Services
c/o Andrew Staley
18500 N. Allied Way
Phoenix, AZ 85054


Ronald Morrison, as Trustee
1401 Dove Street
Newport Beach, CA 92660


Scott Henrie, PLLC
4145 Chuckanut Dr
Bow, WA 98232


Select Portfolio Servicing, Inc.
Attn: Bankruptcy Dept.
PO Box 65250
Salt Lake City, UT 84165


Situs Asset Management
4601 College Blvd
Suite 300
Leawood, KS 66211


Snohomish County PUD
PO Box 1107
Everett, WA 98206-1107


Snohomish County Treasurer
3000 Rockefeller Ave
M/S 501
Everett, WA 98201


SPS
PO Box 65250
Salt Lake City, UT 84165

```
T-Mobile
Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410


Tara J. Schleicher, Esq.
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101


Timothy J. Filer, Esq.
Foster Garvey PC
1111 3rd Ave Ste 3000
Seattle, WA 98101-3296


Trez Capital (2016) Corporation
c/o Foster Garvey P.C.
1111 Third Ave., Suite 3000
Seattle, WA 98101


Trez Capital (2016) Corporation


Trez Capital 2016 Corp


Verizon Wireless
One Verizon Way
Basking Ridge, NJ 07920


WA Department of Revenue
Bankruptcy/Claims Unit
2101 4th Ave. #1400
Seattle, WA 98121-2300
```

```
WA Department of Revenue
c/o WA Office of Attorney General; Insol
800 Fifth Ave, Suite 2000
Seattle, WA 98101


WA Department of Revenue
Taxpayer Services Division
PO Box 47478
Olympia, WA 98504-7478


WA Department of Revenue
Compliance Division
PO Box 47473
Olympia, WA 98504-7473


WA Department of Revenue
Treasury Management
PO Box 47464
Olympia, WA 98504-7464


WA Employment Security Department
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046


Washington Department of Labor & Industries
Collections
PO Box 44171
Olympia, WA 98504-4171


Waste Management of Washington, Inc..
c/o CT Corporation System
711 Capital Way S. Ste. 204
Olympia, WA 98501-1267
```

```
Wells Fargo Bank, N.A., as Trustee of IMPAC C
c/o Select Portfolio Servicing, Inc. Att
PO Box 65250
Salt Lake City, UT 84165


Xfinity
Attn: Legal Department/Arbitration
1701 John F. Kennedy Blvd
Philadelphia, PA 19103
```

# United States Bankruptcy Court

_____

Eastern District of Washington

**In re** FWAK, LLC

Case No. 25-01396-WLH11

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 127,000.00

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 650.00

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☐ Debtor      ☑ Other (specify) Anne Marie Kreidler personally

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

Hourly Rate Fee Agreement with all services billed at standard firm hourly rates in effect at time of service generally payable within 30 days of invoicing except that fees for all pre-petition services have been paid prior to the time of petition. Attorney representation includes all services described in paragraph 5 in addition to representation for general post-petition administrative tasks through case closing and working with the case trustee for consensual resolution of issues related to estate administration prior to the filing of any adversary proceeding of contested case initiating motion.

Hourly fees up to the filing of the petition total $6,652.50_____. The Debtor has paid the attorney a total of $8,390.50_____.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

For prosecution or defense of any adversary proceeding or contested case proceeding initiated by motion, the Attorney and the Debtor must affirmatively agree for the Attorney to represent the Debtor. Any such agreed upon representation will be on the same hourly rates and terms as set out in the Hourly Rate Fee Agreement. Subject to any necessary court approval, the Attorney that undertakes representation in an adversary proceeding or contested case initiated by motion reserves the right to withdrawal from continued representation if the Attorney's fees are not timely paid.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/21/2025

**Date**

/s/ Phillip Haberthur, #38038

**Signature of Attorney**

Landerholm, P.S.

**Name of law firm**
PO Box 1086
Vancouver, WA 98666